

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00545-CR

Esteban Villa **RUSHER**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CR5975
Honorable Frank J. Castro, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED August 10, 2022.

_____
Beth Watkins, Justice